UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BRADLEY C. REIFLER,<br><br>                              Debtor. | Case No. 17-35075 (CGM)<br><br>Chapter 7 |
| NORTH CAROLINA MUTUAL LIFE INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>-against-<br><br>BRADLEY C. REIFLER,<br><br>                              Defendant. | Adv. Pro. No. 17 -09016 (CGM) |

**SECOND AMENDED NOTICE OF DEPOSITIONS OF JOEL SCHREIBER, SYRACUSE PROPERTY HOLDINGS, LLC, WATERBRIDGE CAPITAL, LLC AND SPRING BRIDGE 182 LLC**

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30 of the Federal Rules of Civil Procedure (as applied to this proceeding through Federal Rules of Bankruptcy Procedure 7030), counsel for the above-named Plaintiff will take the deposition upon oral examination of Joel Schreiber, individually and then as the Rule 30(b)(6) designee for Syracuse Property Holdings, LLC, Waterbridge Capital, LLC and Spring Bridge 182 LLC, commencing on **March 13, 2018** at the offices of Squire Patton Boggs (US) LLP, 30 Rockefeller Plaza, 23rd Floor, New York, New York 10112.

**PLEASE TAKE FURTHER NOTICE** that the deposition will commence at **10:00 a.m.** and will continue from day to day until completed. The deposition will be taken pursuant to the Federal Rules of Civil Procedure, as made applicable by the Federal Rules of Bankruptcy Procedure, before an officer authorized by law to administer oaths. The deposition will be recorded by stenographic means, recorded, and/or videotaped.

1

Dated: New York, New York
February 16, 2018

        SQUIRE PATTON BOGGS (US) LLP

        /s/ Norman N. Kinel
        Norman N. Kinel
        30 Rockefeller Plaza, 23rd Floor
        New York, New York 10112
        Telephone: (212) 872-9800
        Facsimile: (212) 872-9815
        norman.kinel@squirepb.com

        -and-

        Aaron A. Boschee (admitted *pro hac vice*)
        1801 California Street
        Suite 4900
        Denver, CO 80202
        Telephone: (303) 830-1776
        Facsimile: (303) 894-9239
        aaron.boschee@squirepb.com

        *Counsel for North Carolina Mutual Life Insurance Company*